IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANDRE LAKEITH JOHNSON                                                        PLAINTIFF

v.                           Civil No. 4:11-cv-04005

OFFICER PIERRE SUMMERVILLE                                                  DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Andre Lakeith Johnson filed this pro se civil rights action pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

The case is currently before me on a motion to dismiss (ECF No. 19) filed by the Defendant. Plaintiff has not responded to the motion to dismiss.

### Discussion

On November 2, 2011, I entered an order (ECF No. 17) granting the Defendant's motion to compel (ECF No. 15). Plaintiff was directed to provide the Defendant with discovery responses by November 23, 2011.

On December 20, 2011, Defendant filed a motion to dismiss (ECF No. 19). In the motion, Defendant states he has not received the discovery responses from the Plaintiff. Plaintiff has not requested an extension of time to provide the discovery requests. Plaintiff has not otherwise communicated with the Court about his discovery responses.

### Conclusion

I therefore recommend that the Defendant's motion to dismiss (ECF No. 19) be granted. This

case should be dismissed with prejudice based on Plaintiff's failure to comply with the order of the Court and his failure to prosecute this action.  *See* Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 6th day of February 2012.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE