IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANDRE LAKEITH JOHNSON                                                                    PLAINTIFF

vs.                                            Case No. 4:11-cv-4005

OFFICER PIERRE SUMMERVILLE                                                         DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed February 6, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 21). Judge Bryant recommends that Defendant's Motion to Dismiss (ECF No. 19) be granted due to Plaintiff's failure to prosecute and failure to follow a court order. Specifically, Plaintiff has failed to follow the Court's order to respond discovery requests, and has not communicated with the Court at all regarding these responses. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendant's Motion to Dismiss (ECF No. 19) is **GRANTED.** Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of March, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge